IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ELIDA GONZALEZ,

        Plaintiff,

  v.

BANK OF AMERICA, N.A., *et al.*,

        Defendants.
                                   /

No. C 12-1139 SI

**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE**

In an order filed March 14, 2012, the Court granted plaintiff's application to proceed *in forma pauperis*. The Order also noted that according to the complaint, plaintiff resides in Folsom, California, where the property that is the subject of the foreclosure proceedings is located. Folsom, California is located within the Eastern District of California. The March 14, 2012 order stated that the Court intended to transfer this case to the Eastern District of California, and that if any party objected to such a transfer, they should file a statement to that effect by **March 26, 2012.**

The March 14, 2012 order was mailed to plaintiff's address of record, and returned to the Court as undeliverable. Docket Nos. 7 & 8. Plaintiff has not taken any action in this case since filing the complaint.

Accordingly, plaintiff is **ORDERED татO SHOW CAUSE in writing by April 6, 2012**, why this case should not be dismissed without prejudice for failure to prosecute. *See* Fed. R. Civ. Proc. 41(a). If plaintiff does not respond to this Order to Show Cause, the Court will dismiss this case without prejudice. If plaintiff responds to the Order to Show Cause, plaintiff should state whether she objects

to transfer of this case to the Eastern District of California.

**IT IS SO ORDERED.**

Dated: March 26, 2012

SUSAN ILLSTON
United States District Judge