IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ELIDA GONZALEZ,

        Plaintiff,

  v.

BANK OF AMERICA, N.A., *et al.*,

        Defendants.

No. C 12-1139 SI

**ORDER DISMISSING CASE WITHOUT PREJUDICE FOR FAILURE TO PROSECUTE**

Plaintiff has not responded to the Court's March 26, 2012 Order to Show Cause. Accordingly, pursuant to Federal Rule of Civil Procedure 41(b), the Court DISMISSES this case without prejudice for failure to prosecute.

**IT IS SO ORDERED.**

Dated: April 10, 2012

SUSAN ILLSTON
United States District Judge