**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIDA GONZALEZ, | No. C 12-1139 SI |
| Plaintiff, | **JUDGMENT** |
| v. | |
| BANK OF AMERICA, N.A., *et al.*, | |
| Defendants. | |

The Court dismissed this case without prejudice based on plaintiff's failure to prosecute. Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: April 10, 2012

SUSAN ILLSTON
United States District Judge